**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MIKE MORALES,

    Plaintiff,

  v.

                                         CIV. NO. 1:23-cv-00858-KRS

KILOLO KIJAKAZI, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 9), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE

Submitted by:

>ALEXANDER M.M. UBALLEZ
>United States Attorney
>
>/s/ Annalies van der Valk
>ANNALIES VAN DER VALK
>Special Assistant United States Attorney
>
>ATTORNEYS FOR DEFENDANT

Approved by:

>/s/ *electronically approved*
>James A. Rawley
>
>ATTORNEY FOR PLAINTIFF